UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST TERRITORIAL MINT, INC., <br><br> Plaintiff, <br> v. <br><br> HANGZHOU COOL EAGLE HARDWARE MANUFACTURING CO., LTD., et al., <br><br> Defendants. | No. C11-0694RSL <br><br> ORDER |

This matter comes before the Court *sua sponte*. On October 26, 2011, the Court directed plaintiff to show cause why the complaint in the above-captioned matter should not be dismissed for failure to serve the summons and complaint within 120 days as required by Fed. R. Civ. P. 4(m). Plaintiff has now responded. The Order to Show Cause (Dkt. # 11) is hereby VACATED.

Dated this 2nd day of November, 2011.

Robert S. Lasnik
United States District Judge

ORDER